
RECEIVED
Clerk, U.S. Dist. Court
W. Dist. of N.C.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ETHEL L. GRIFFIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:01CV604-T |
| AC&S, INC., et al., | : |
| Defendants. | : |

## ORDER OF DISMISSAL OF DEFENDANTS

This Court, with the consent and approval of the parties, hereby dismisses without prejudice, Plaintiff's Complaint, for Plaintiff Ethel L. Griffin, in the above-styled cause of action, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation.

ORDERED, this 12th day of July, 2005.

_____
Judge Lacy H. Thornburg

Consented to:
Attorney for Defendant:

_____
Monica F. Patterson, Esq.
North Carolina Bar No. 26599
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308

Attorney for Plaintiff:

_____
Janet Ward Black
**DONALDSON & BLACK**
208 West Wendover Avenue
Greensboro, North Carolina 27401

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:01CV604-T

ETHEL L. GRIFFIN,

    Plaintiff,

v.

AC&S, INC., et al.,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANTS

This Court, with the consent and approval of the parties, hereby dismisses without prejudice, Plaintiff's Complaint, for Plaintiff Ethel L. Griffin, in the above-styled cause of action, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation.

ORDERED, this 12th day of July, 2005.

_____
Judge Lacy H. Thornburg

Consented to:
Attorney for Defendant:

_____
E. Elaine Shofner, Esq.
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308

10116600 v1

Attorney for Plaintiff:

*(signature)*
Janet Ward Black
**DONALDSON & BLACK**
208 West Wendover Avenue
Greensboro, North Carolina 27401