IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 3:01CV604

| | |
|---|---|
| ETHEL L. GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ACandS, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE OF AMCHEM PRODUCTS, INC.[1]

**THIS MATTER** is before the Court on the joint motion of Plaintiff and Defendant Amchem Products, Inc., for dismissal of this action with prejudice.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion is **ALLOWED**, and the claims of Plaintiff Ethel L. Griffin against the Defendant Aventis Cropscience USA, Inc., individually and as successor to Amchem Products, Inc., are hereby **DISMISSED WITH PREJUDICE.**

Signed: March 16, 2007

Lacy H. Thornburg
United States District Judge

---

[1] Amchem Products, Inc., is actually named in the complaint as Aventis Cropscience USA, Inc., individually and as successor to Amchem Products, Inc.