## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **ETHEL GRIFFIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No.    3:01-cv-00604** |
| | ) | |
| **AC&S, Inc.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER** is before the Court upon motion by Plaintiff Ethel Griffin, and with the consent of Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, to dismiss without prejudice.

For cause shown and upon agreement by the Plaintiff and Defendant CBS,

**IT IS, THEREFORE, ORDERED** that the motion to dismiss is **ALLOWED**, and the claims of Plaintiff Ethel Griffin against the Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 19, 2007

Lacy H. Thornburg
United States District Judge