# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ETHEL GRIFFIN, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 3:01-cv-00604 |
| ) | |
| AC&S, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on motion of Plaintiff Ethel Griffin to dismiss Defendant Foster Wheeler Energy Corporation with prejudice.

For cause shown and upon agreement of Plaintiff and Defendant Foster Wheeler,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Plaintiff's motion is **ALLOWED**, and the claims of Plaintiff Ethel Griffin against the against Defendant Foster Wheeler Energy Corporation, are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 21, 2007

Lacy H. Thornburg
United States District Judge