# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:01CV604

| | |
|---|---|
| ETHEL L. GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>ACandS, INC., *et al*., )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* for an order staying these proceedings due to the pending bankruptcy of the Defendants Dana Corporation and Flintkote Company.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** as to the Defendants Dana Corporation and Flintkote Company only pending completion of bankruptcy proceedings, and the Clerk is directed to close this case as to those Defendants as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.*

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge