IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **ETHEL L. GRIFFIN,** | ) | Case No. 3:01CV604-T |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ACandS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER** is before the Court on the joint motion of Plaintiff Ethel L. Griffin and Defendant A.W. Chesterton Company to dismiss, without prejudice, all claims of said Plaintiff against Defendant Chesterton.

For the reasons stated in the motion and pursuant to the agreement of the Plaintiff and Defendant Chesterton,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion is **ALLOWED**, and the claims of Plaintiff Ethel L. Griffin against the Defendant A.W. Chesterton Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge