IN RE: ASBESTOS PRODUCTS LIABILITY:
LITIGATION (NO. VI):

This Document Relates To::CIVIL ACTION NO. MDL 875

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil No. 3:01-CV-604

| | |
|---|---|
| ETHEL L. GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| ACandS, INC., *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon consent of the Plaintiff Ethel L. Griffin and the Defendant Maremont Corporation for the dismissal of her claims against this Defendant.

For cause shown, and it appearing the parties have reached agreement on the claims herein,

**IT IS, THEREFORE, ORDERED**, upon the motion of Pierce, Herns, Sloan & McLeod, LLC, attorneys for Defendant Maremont Corporation, by and with the consent of Janet Ward Black, Esquire, attorney for the Plaintiff, that the claims of Plaintiff Ethel L. Griffin, against the Defendant Maremont Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 22, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| | N C Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| Attorney for Defendant | Attorneys for Plaintiff |
| Maremont Corporation | Ethel L. Griffin |