IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:01-CV-604

| | |
|---|---|
| ETHEL L. GRIFFIN, | ) |
| Plaintiff, | ) |
| Vs. | ) **ORDER OF DISMISSAL** |
| ACandS, INC., *et al.*, | ) |
| Defendants. | ) |

**TH IS MATTER** is before the Court on the joint motion of the Plaintiff Ethel L. Griffin and the Defendant General Refractories Company to dismiss all claims against said Defendant without prejudice.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Ethel L. Griffin against the Defendant General Refractories Company are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge