IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:01-CV-604

| | |
|---|---|
| ETHEL L. GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>ACandS, INC., *et al*., )<br>)<br>)<br>Defendants. )<br>_____ ) | **ORDER OF DISMISSAL** |

**TH IS MATTER** is before the Court on the joint motion of the Plaintiff Ethel L. Griffin and the Defendant Industrial Holdings Corporation, f/k/a The Carborundum Company to dismiss all claims against said Defendant without prejudice.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Ethel L. Griffin against the Defendant Industrial Holdings Corporation, f/k/a The Carborundum Company, are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge