# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:01CV604

| | |
|---|---|
| ETHEL L. GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>GEORGIA PACIFIC CORP.; )<br>HALLIBURTON ENERGY SERVICES, )<br>INC.; and UNIROYAL HOLDING, INC., )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court pursuant to the parties' notification that all claims in controversy between the Plaintiff and the remaining Defendants have been settled.

**IT IS, THEREFORE, ORDERED** that the parties submit stipulations of dismissal, consent judgments, joint motions to dismiss, or other settlement documents closing this case on or before 30 days from entry of this Order.

**IT IS FURTHER ORDERED** that sanctions will be imposed on any party failing to abide by this deadline absent a showing of good cause therefor.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge