IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:01CV604

| | |
|---|---|
| ETHEL L. GRIFFIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> AC&S, INC., *et al*., ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' stipulations of dismissal as to the Defendants Halliburton Energy Services, Inc., f/k/a Halliburton Company, and Uniroyal Holding, Inc., f/k/a Uniroyal, Inc.

The parties having resolved all matters in controversy between them,

**IT IS, THEREFORE, ORDERED** that, pursuant to the Plaintiff's stipulations, her claims as to the Defendants Halliburton Energy Services, Inc., f/k/a Halliburton Company, and Uniroyal Holding, Inc., f/k/a Uniroyal, Inc., are hereby **DISMISSED WITH PREJUDICE.**

Signed: May 1, 2007

Lacy H. Thornburg
United States District Judge