IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:01CV604

| | |
|---|---|
| ETHEL L. GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>AC&S, INC., *et al*., )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the joint motion to dismiss of Plaintiff and Defendant Georgia Pacific Corporation.

For cause shown and upon agreement by the parties,

**IT IS, THEREFORE, ORDERED** that the parties' joint motion to dismiss is **ALLOWED**, and the Plaintiff's claims as to the Defendant Georgia Pacific Corporation are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: May 3, 2007

Lacy H. Thornburg
United States District Judge